No. 45. R. C. BREEN ET AL. *v.* MORTON DENISON HULL ET AL. Error to the Supreme Court of the State of Minnesota. Argued October 19, 1927. Decided October 24, 1927. *Per Curiam.* Dismissed for want of a Federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. The Chief Justice took no part in the consideration or decision of this case. *Mr.*

*H. V. Mercer,* with whom *Messrs. H. B. Fryberger* and *Harvey Hoshour* were on the brief, for plaintiffs in error. *Messrs. Frank D. Adams, Elmer F. Blu, George W. Morgan, Nathan L. Miller* and *Kenneth B. Halstead* were on the brief for defendants in error.